1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA RUMOHR, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C11-01706<br><br>**[PUTATIVE CLASS ACTION]**<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>**[CIVIL L.R. 3-12, 7-11]** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    Defendants' Administrative Motion to Relate the instant action to *Nancy*

2 *Mathews, individually, and on behalf of members of the general public similarly*

3 *situated; vs. Comerica Bank, a Texas corporation, Comerica Incorporated, a*

4 *Delaware corporation; and Comerica Management Company, Inc., a Michigan*

5 *corporation; and Does 1 through 100, inclusive*, Case No. C11-01707 HRL

6 ("*Mathews* lawsuit"), pending before the Honorable Howard R. Lloyd, came before

7 the Court and the Court, having considered the motion and supporting papers,

8 finds as follows:

9    For all the reasons set forth within Defendants' Motion, the instant matter is

10 related to the *Mathews* lawsuit, and pursuant to Local Rule 3-12(f)(3), this Court

11 HEREBY orders the *Mathews* action be reassigned to this Court.

12

13 Dated:   May 10 , 2011

14

15                  _____

16                 WILLIAM ALSUP
                  U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

PROPOSED ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE       Case No. C11-01706
MOTION TO RELATE CASES