IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLINA RUMOHR, individually and on behalf of others similarly situated,

    Plaintiff,

v.

COMERICA BANK, COMERICA INC., and COMERICA MANAGEMENT COMPANY, INC.,

    Defendants.

No. C 11-01706 WHA

**NOTICE REGARDING DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION**

    Defendants have filed a notice of pendency of other action pursuant to Civil Local Rule 3-13. In it, they request an order transferring this and the related *Mathews* case to the Central District of California. They did not file such a notice in the *Mathews* case. The parties shall be on notice that no action will be taken on the notice, and if defendants want to move for a transfer of this and/or the *Mathews* action, they should file a motion (in the applicable case or cases) on the normal 35-day track.

Dated: May 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE