IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA RUMOHR, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMERCIA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; and COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation,<br><br>Defendants. | No. C 11-01706 WHA |
| NANCY MATHEWS, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMERCIA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; and COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation,<br><br>Defendants. | No. C 11-01707 WHA<br><br>**NOTICE REGARDING JUNE 16 HEARING** |

Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

Dated: June 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE